IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:06-452 AND 3:06-858 |
| vs. | : | |
| JENNIFER MARIE DAVIS | : | **ORDER TERMINATING** |
| | : | **DEFENDANT'S PARTICIPATION IN** |
| | : | **THE BRIDGE PROGRAM** |

On 8/21/2019, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that the defendant should be administratively discharged from the BRIDGE Program at this time, without prejudice.

IT IS ORDERED that the defendant's participation in the BRIDGE Program is hereby ended. The Court further orders that this case shall be transferred back to the United States District Judge who was supervising defendant prior to defendant's acceptance into the BRIDGE Program.

_____
UNITED STATES DISTRICT JUDGE

February 19, 2020
Columbia, South Carolina